UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CARMEN TRILLO,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C12-1972-MAT<br><br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including February 27, 2013, to file a Response to Plaintiff's Complaint.

DATED this <u>31st</u> day of January, 2013.

　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C12-1972-MAT]

1

2

3   Presented by:

4   s/ Leisa A. Wolf
    LEISA A. WOLF
5   Special Assistant U.S. Attorney
    Office of the General Counsel
6   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
7   Seattle, WA 98104-7075
    Telephone: (206) 615-3621
8   Fax: (206) 615-2531
    leisa.wolf@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23